AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARIE BÄRSCH <br><br> *Plaintiff(s)* <br> v. <br> WELLNESS RESEARCH AND CONSULTING INC. d/b/a SEARS INSTITUTE FOR ANTI-AGING MEDICINE; ALFRED SEARS M.D., individually; and DOES 1-10, inclusive <br><br> *Defendant(s)* | Civil Action No. 24-cv-81466 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alfred C. Sears
11905 SOUTHERN BLVD. #102
ROYAL PALM BEACH, FL 33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosemary G. Sparrow, Esq.
HIGBEE & ASSOCIATES
3110 W Cheyenne Ave Ste 200
Las Vegas, NV 89032
(813) 710-3013
rsparrow@higbee.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 22, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ S.Carlson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARIE BÄRSCH

*Plaintiff(s)*

v.  Civil Action No. 24-cv-81466

WELLNESS RESEARCH AND CONSULTING INC. d/b/a SEARS INSTITUTE FOR ANTI-AGING MEDICINE; ALFRED SEARS M.D., individually; and DOES 1-10, inclusive

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* WELLNESS RESEARCH AND CONSULTING INC. d/b/a SEARS INSTITUTE FOR ANTI-AGING MEDICINE
Attn: Alfred C. Sears
11905 SOUTHERN BLVD. #102
ROYAL PALM BEACH, FL 33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosemary G. Sparrow, Esq.
HIGBEE & ASSOCIATES
3110 W Cheyenne Ave Ste 200
Las Vegas, NV 89032
(813) 710-3013
rsparrow@higbee.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 22, 2024



**SUMMONS**

s/ S.Carlson

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court